JEWEL MILLS, Respondent, *v.* JACOB J. GABRIEL, Appellant.

Submitted November 27, 1940; decided December 31, 1940.

*James E. Turner* and *Patrick E. Gibbons* for appellant.

*Mordecai P. Springer* and *Seymour J. Shapiro* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.